IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CRIMINAL MINUTES

Case No.: 1:21CR23               Date: 10/5/21

**Defendant:** Ralph Reach; bond          **Counsel:** Dennis Jones; retained

PRESENT:    JUDGE:                  Pamela Meade Sargent   TIME IN COURT:  2:04-2:30= 26 min
            Deputy Clerk:           Ella Surber
            Court Reporter:         Ella Surber, FTR
            U. S. Attorney:         Randy Ramseyer; Janine Myatt; Whit Pierce
            USPO:                   Not Present
            Case Agent:             Not Present
            Court Security Officer: N/A
            Interpreter:            N/A

PROCEEDINGS:
Parties present for hearing on DE: 29 – Motion to Withdraw as Attorney; court hears from defense counsel as to the motion; court instructs the defendant to complete a financial affidavit to see if he qualifies for court appointed counsel; if he qualifies counsel will be appointed and Dennis Jones may be relieved in the case.  AUSA advises public defender will have a conflict and someone from the CJA list will have to be appointed if the defendant qualifies.  The motion is taken under advisement.