UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Abingdon Division

**UNITED STATES OF AMERICA**

**ORDER**

v.                                    Case Number: 1:21cr00023

**RALPH THOMAS REACH,**
     **Defendant**

     **WHEREAS**, the court on October 5, 2021, granted the defendant counsel's request to withdraw and relieved retained counsel, Dennis E. Jones, of further obligation on behalf of the defendant;

     **WHEREAS**, the court has granted the defendant's request for court-appointed counsel subject to entry of a subsequent order requiring the defendant to pay toward the cost of that counsel;

     **WHEREAS**, CJA panel attorney, Jeffrey L. Campbell, was appointed as counsel for the defendant on October 5, 2021; and

     **WHEREAS**, the court finds that funds are available from or on behalf of the above-named defendant for partial payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant is, therefore, financially able to make payment for representation, and/or for other services necessary for adequate representation;

     It is, therefore, **ORDERED** that the defendant shall pay the Clerk of this court the sum of $500.00 by the 15th day of every month, beginning November 15, 2021. These payments shall continue until the entire cost of the defendant's representation is recovered or further order of the court. These payments shall be in the form of a check or money order and shall be made payable to Clerk, U.S. District Court, and mailed to, 210 Franklin Road, Suite 540, Roanoke, 24011.

     The Clerk's Office shall provide a copy of the Order to all counsel of record, and to the defendant.

     **ENTERED**: October 6, 2021.

                                         /s/ *Pamela Meade Sargent*
                                            UNITED STATES MAGISTRATE JUDGE