APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 1:21CR23

v.

DATE: 11/3/21

RALPH THOMAS REACH

TYPE OF HEARING: SCHEDULING CONFERENCE

*************************************************************************

PARTIES:

1. Pamela Meade Sargent, USMJ
2. Randy Ramseyer
3. Jeff Campbell
4. Janine Myatt
5. Whit Pierce
6. 
7. 
8. 
9. 
10. 

*************************************************************************

Recorded by: ELLA SURBER

Time in Court: 1:32 - 1:54

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 1:32 | 1,2 | | | | | | | | |
| ↓ | | | | | | | | | |
| 1:36 | 1,4 | | | | | | | | | |
| ↓ | | | | | | | | | |
| 1:38 | 2,1,4 | | | | | | | | |
| ↓ | | | | | | | | | |
| 1:41 | 3,1 | | | | | | | | |
| ↓ | | | | | | | | | |
| | 2 | | | | | | | | |
| 1:43 | 1,3 | | | | | | | | |
| | 2,1 | | | | | | | | |
| | 3 | | | | | | | | |
| 1:52 | 1,4,2 | | | | | | | | |
| ↓ | | | | | | | | | |