UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Abingdon Division

**UNITED STATES OF AMERICA**

                                               **ORDER**

v.                                   Case Number: **1:21cr00023**

**RALPH THOMAS REACH,**
      **Defendant.**

      This matter is before the court on the motion of the defendant to continue this matter for trial outside of the time period required by his speedy trial rights, (Docket Item No. 38) ("Motion"). Upon consideration of the Motion, with no objection by the Government, the Motion is **GRANTED**, and it is **ORDERED** that the jury trial of the charges against the defendant is continued to September 12 to October 7, 2022 The court finds that the ends of justice served by the granting of a continuance of the defendant's trial outweigh the best interests of the public and the defendant in a speedy trial. The court makes this finding because a failure to grant such continuance would deny counsel for the defendant sufficient time for trial preparation, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv). Accordingly, it is **ORDERED** that the trial and Speedy Trial Act time in this case is continued until September 12 to October 7, 2022. The defendant's final pretrial conference is continued to 10 a.m., August 15, 2022.

      **ENTER**:    November 3, 2021.

                                             /s/ *Pamela Meade Sargent*
                                              UNITED STATES MAGISTRATE JUDGE