**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case Nos.   1:21CR23 |
| | : | |
| **RALPH THOMAS REACH** | : | In violation of 21 U.S.C. §§ 331(k), |
| | : | 333(a)(1), and 353(b)(1) |

**INFORMATION**
**(MISDEMEANOR)**

**COUNT ONE**

The United States Attorney charges that:

1. During the relevant time periods of this information, RALPH THOMAS REACH was an owner of and practiced as a physician at Watauga Recovery Centers at various locations in the Western District of Virginia and Northeast Tennessee.

2. On or about the dates set forth below, in the Western District of Virginia and elsewhere, RALPH THOMAS REACH induced the below-listed prescription drugs (Schedule III controlled substances) to be dispensed without valid prescriptions by the actions of health care providers at Watauga Recovery Centers, resulting in the drugs being misbranded while held for sale after shipment in interstate commerce:

| DATE | PATIENT | DRUG | QUANTITY |
|---|---|---|---|
| 5/2/2016 | E.W. | Suboxone | 10 |
| 5/2/2016 | K.K. | Suboxone | 28 |
| 5/9/2016 | E.W. | Suboxone | 14 |
| 5/9/2016 | J.M. | Suboxone | 42 |
| 5/16/2016 | C.R. | Suboxone | 70 |
| 5/16/2016 | E.W. | Suboxone | 28 |
| 5/16/2016 | H.R. | Suboxone | 32 |
| 5/16/2016 | K.K. | Suboxone | 28 |

3. All in violation of Title 21, United States Code, Sections 331(k), 333(a)(1), and 353(b)(1) and Title 18, United States Code, Section 2.

DATED: March 29, 2023.

*Randy Ramseyer* for
_____
CHRISTOPHER R. KAVANAUGH
United States Attorney