IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CRIMINAL MINUTES – INITIAL APPEARANCE AND GUILTY PLEA HEARING
FOR CRIMINAL INFORMATION

**Case No.:** 1:21CR23 and 1:23CR6  **Date:** 3/29/2023

**Defendant:** Ralph Reach, Bond  **Counsel:** Jeffrey Campbell, Retained

TIME IN COURT: 5:00 – 5:32 p.m. (32 minutes)
PRESENT:
| | | |
|---|---|---|
| | JUDGE: | James P. Jones |
| | Deputy Clerk: | Felicia Clark |
| | Court Reporter: | Cynthia Bragg, OCR |
| | U. S. Attorney: | Randy Ramseyer, Janine Myatt, and Whit Pierce |
| | USPO: | Ryan Thayer |
| | Case Agent: | Not Present |

**PROCEEDINGS:**

- ☒ Misdemeanor Informations were filed.
- ☒ One Plea Agreement was filed with court for both cases.
- ☒ Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
- ☒ Defendant arraigned as to Count 1 of the Misdemeanor Information in 1:21CR23 and Counts 1 and 2 of the Misdemeanor Information in 1:23CR6.
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court accepts plea of guilty but defers acceptance of the plea agreement pending completion of the PSR.
- ☒ Government summarizes evidence to support plea and rests.
- ☒ Court finds defendant guilty as charged in Count 1 of the Misdemeanor Information in 1:21CR23 and Counts 1 and 2 of the Misdemeanor Information in 1:23CR6

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Count 1 of Misdemeanor Information - 1:21CR23<br><br>Counts 1 and 2 of Misdemeanor Information - 1:23CR6 | | | |

☒ Court orders Presentence Report.
☒ Defendant remained on bond conditions as set forth in case number 1:21CR23.
☒ Sentencing hearings were scheduled as follows:

1:21CR23 – June 6, 2023 at 2:30 p.m.

1:23CR6 – June 7, 2023 at 2:30 p.m.